# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                                                                              In Proceedings
                                                                                                    Under Chapter 13
Tarnesha Yolanda Gibbs
fka Tarnesha Stewart−Gibbs                                                                          BK 19−40026−lkg
fka Tarnesha Stewart

      Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−3949

## ORDER CLOSING CASE

The trustee in the above−captioned chapter 13 case having performed all duties required of him/her in the administration of the estate; **IT IS ORDERED** that the chapter 13 trustee is discharged as trustee in the case, that he/she and the sureties on his/her bond are released from further liability in the case, and that the case is **CLOSED**.

ENTERED: April 27, 2020                                                    /s/ Laura K. Grandy
                                                                           UNITED STATES BANKRUPTCY JUDGE